**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NICOLE ANN B.,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　　　25 **CIVIL** 858 (GRJ)

## JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 12, 2025, Plaintiff's Motion for Remand for Further Administrative Proceedings (Docket No. 16) is DENIED, and this case is DISMISSED. Final judgment is entered in favor of the Commissioner; accordingly, the case is closed.

**Dated:** New York, New York

      November 13, 2025

                                    **TAMMI M. HELLWIG**
                                          **Clerk of Court**

                **BY:**      *K. Mango*

                                          **Deputy Clerk**